IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SUNBELT RENTALS, INC.**                                                **PLAINTIFF**

v.                             Case No. 3:22-CV-149-LPR

**JASON HART**                                                       **DEFENDANT**

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Dismissal Pursuant to Settlement Agreement.[1] The Motion is GRANTED. This case is DISMISSED with prejudice. The Court retains jurisdiction until January 30, 2023, to enforce the terms of the Settlement Agreement, as modified, reached between Plaintiff and Defendant.

IT IS SO ORDERED this 23rd day of September 2022.

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. 18.