**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SUNBELT RENTALS, INC.**                                                                                  **PLAINTIFF**

v.                                  Case No. 3:22-CV-149-LPR

**JASON HART**                                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed with prejudice. The Court retains jurisdiction until January 30, 2023, to enforce the terms of the Settlement Agreement, as modified, reached between Plaintiff and Defendant.

IT IS SO ADJUDGED this 23rd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE